UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22635-CIV-LENARD/WHITE

**KEITH KIRBY HUGGINS,**

    Petitioner,

vs.

**KENNY ATKINSON,**

    Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE (D.E. 9) AND DISMISSING WITHOUT PREJUDICE
PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)**

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Patrick A. White ("Report," D.E. 9), issued on November 19, 2009, recommending denial of Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition," D.E. 1), filed on or about August 24, 2009. On November 25, 2009, Petitioner filed objections to the Report ("Objections," D.E. 10). On December 21, 2009, Petitioner also filed a Motion for Summary Judgment (D.E. 11), to which Respondent filed a response (D.E. 12) on January 7, 2010. On January 21, 2010, Petitioner filed a Notice of Ripeness (D.E. 13) and on February 17, 2010, Petitioner filed a Motion to Compel Answer (D.E. 14). Upon review of the Magistrate Judge's Report, the Objections, the Petition, and the record, the Court finds as follows.

In his Petition, Petitioner seeks a court order compelling the Bureau of Prisons

("BOP") to place him in a Residential Reentry Center ("RRC") or require the BOP consider him for RRC placement. The Report recommends the Petition be dismissed without prejudice as he has not exhausted his available administrative remedies. Alternatively, the Report recommends the Petition be dismissed as moot since the BOP previously considered his request for placement in the RRC or home confinement, and rejected those requests. Construing Petitioner's objections liberally, Petitioner again objects to the BOP's denial of RRC placement and argues he has exhausted his administrative remedies. Nevertheless, the documents Petitioner attaches to his Objections do not demonstrate that he has exhausted his administrative remedies. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Consistent with this Order, the Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 9), issued on November 19, 2009, is **ADOPTED**;

2. Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (D.E. 1), filed on or about August 24, 2009, is **DISMISSED WITHOUT PREJUDICE** due to Petitioner's failure to exhaust his available administrative remedies;

3. All other pending motions are **DENIED AS MOOT**;

4. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of March, 2010.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**