UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22635-CIV-LENARD/WHITE

**KEITH KIRBY HUGGINS,**

    Petitioner,

vs.

**KENNY ATKINSON,**

    Respondent.
_____/

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 22) AND DENYING PETITIONER'S RULE 59(e) MOTION (D.E. 16)

**THIS CAUSE** is before the Court on the Supplemental Report of Magistrate Judge Patrick A. White ("Supplemental Report," D.E. 16), issued on September 22, 2010, recommending denial of Petitioner's Rule 59(e) Motion to Alter or Amend Judgment ("Motion," D.E. 16), filed on March 26, 2010. On March 19, 2010, the Court adopted the Magistrate Judge's initial Report and Recommendation and dismissed without prejudice Petitioner's habeas petition due to Petitioner's failure to exhaust his available administrative remedies.[1] (See D.E. 9, 15.) On March 26, 2010, Petitioner filed his Motion seeking to amend the judgment based upon evidence that his claims had now been exhausted

---

[1] The Magistrate Judge's initial Report and Recommendation recommended that the habeas petition be dismissed without prejudice due to a lack of administrative exhaustion, or alternatively dismissed as moot as the Bureau of Prisons ("BOP") had considered Petitioner's request for Residential Reentry Center ("RRC") placement. In his Petition, Petitioner seeks a court order compelling the BOP to place him in a RRC or require the BOP consider him for RRC placement.

administratively. On April 12, 2010, Respondent filed his response to the Motion, to which Petitioner later filed a reply on April 20, 2010. (See D.E. 17, 19.) On April 13, 2010, the Court referred Petitioner's Motion to the Magistrate Judge for consideration based upon Petitioner's attached exhibits suggesting his claims were exhausted administratively. (See D.E. 18.) The Magistrate Judge's Supplemental Report recommends Petitioner's Rule 59(e) Motion be denied as his Petition fails on the merits and his arguments are moot in light of the BOP's consideration of Petitioner for RRC placement. The Supplemental Report also provided the Parties with fourteen (14) days to file any objections. As of the date of this Order, no objections have been filed. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Consistent with this Order, the Supplemental Report and Recommendation of Magistrate Judge Patrick A. White (D.E. 22), issued on September 22, 2010, is **ADOPTED**;

2. Petitioner's Rule 59(e) Motion, filed on March 26, 2010, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of October, 2010.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**